Pierre Jean Jacques Renelique, as Assignee of ROHAN STREEK, Appellant,
against
National Liability & Fire Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Queens County (Ulysses Bernard Leverett, J.), entered December 11, 2013. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross moved for summary judgment dismissing the complaint on the ground that it had timely and properly denied the claim at issue based upon the assignor's failure to appear for duly scheduled independent medical examinations. The Civil Court denied plaintiff's motion and granted defendant's cross motion.
For the reasons stated in Renelique, as Assignee of Rohan Streek v National Liability & Fire Ins. Co. (____ Misc 3d ____, 2016 NY Slip Op ______ [appeal No. 2014-20 Q C], decided herewith), the order is affirmed.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: October 13, 2016